**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| VirnetX Inc., <br><br>        Plaintiff, <br><br> v. <br><br> Mitel Networks Corp., Mitel Networks, Inc., Siemens Enterprise Communications GmbH & Co. KG, Siemens Enterprise Communications, Inc., and Avaya Inc., <br><br>        Defendants. | Civil Case No. 6:11-cv-18-LED |

**JOINT MOTION TO EXTEND DEADLINES**

Having reached agreement, all parties hereby jointly move that the Court amend the

Docket Control Order in this case (Dkt. No. 83, as amended by Dkt. No. 139, Dkt. No. 154, and

Dkt. No. 163) to (a) extend the deadline for the parties to "Identify Trial Witnesses; Amend

Pleadings (after Markman Hearing)" from June 29, 2012 to July 12, 2012; and (b) extend the

deadline for the parties to "Identify Rebuttal Trial Witnesses" from July 10, 2012 to July 20,

2012.   The parties believe that this brief extension will promote efficiency in the case in view of

other deadlines.

Dated: June 29, 2012

Respectfully submitted,

*/s/ Douglas A. Cawley*
Douglas A. Cawley, *Lead Attorney*
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@mckoolsmith.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@mckoolsmith.com
**MCKOOL SMITH P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam F. Baxter
Texas State Bar No. 01938000
E-mail: sbaxter@mckoolsmith.com
**MCKOOL SMITH P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Craig N. Tolliver
Texas State Bar No. 24028049
E-mail: ctolliver@mckoolsmith.com
**MCKOOL SMITH P.C.**
300 West Sixth Street, Suite 1700
Austin, TX  78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com

**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**Attorneys for Plaintiff VirnetX Inc.**

*/s/ Andy Tindel* _____
ANDY TINDEL
State Bar No. 20054500

**ANDY TINDEL, COUNSELOR & ATTORNEY
AT LAW, P.C.**
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

Of Counsel:
DONALD URRABAZO
ART PADILLA
California State Bar No. 189509
**URRABAZO LAW, P.C.**
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Direct:      (310) 388-9099
Facsimile: (310) 388-9088
Email: durrabazo@ulawpc.com
Email: apadilla@ulawpc.com

**Attorneys for Plaintiff Science Applications
International Corporation**

5

*/s/ Linda Liu Kordziel*
Ruffin B. Cordell
TX Bar No. 04820550
Linda Liu Kordziel
DC Bar No. 446386
Timothy W. Riffe
DC Bar No. 482810
**FISH & RICHARDSON P.C.**
1425 K Street, N.W.
Washington, DC  20005
Phone:  (202) 783-5070
Fax:  (202) 782-2331
cordell@fr.com
riffe@fr.com
kordziel@fr.com

**Attorneys for Defendant Mitel Networks
Corporation and Mitel Networks, Inc.**

*/s/ Alexandra C. Fennell*
Michael T. Renaud
MA Bar No. 629783
Alexandra C. Fennell
MA Bar No. 658692
Courtney M. Quish
MA Bar No. 662288
**PEPPER HAMILTON LLP**
125 High Street
Oliver Street Tower, 15th Floor
Boston, MA  02109
Phone:  (617) 204-5158
Fax:  (617) 204-5150
renaudm@pepperlaw.com
fennella@pepperlaw.com
shyjana@pepperlaw.com
quishc@pepperlaw.com

Michael Ernest Richardson
TX Bar No. 24002838
**BECK REDDEN & SECREST**
1221 McKinney, Suite 4500
Houston, TX  77010
Phone:  (713) 951-6284
Fax:  (713) 951-3720
mrichardson@brsfirm.com

**Attorneys for Defendant Siemens Enterprise
Communications GmbH & Co. KG and
Siemens Enterprise Communications, Inc.**

*/s/ Christopher O. Green*

Christopher O. Green
Ga. Bar No. 037617
Jack P. Smith III
Ga. Bar No. 659999
Jacqueline Tio
Ga. Bar No. 940367
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, N.E.
21st Floor
Atlanta, GA  30309
Phone:  (404) 892-5005
Fax:  (404) 892-5002
cgreen@fr.com
jay.smith@fr.com
tio@fr.com

**Attorneys for Defendant Avaya Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 28, 2012.  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Craig Tolliver*
Craig Tolliver

## **CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(h), I hereby certify that counsel for all parties have conferred, and this motion is uncontested.

*/s/ Craig Tolliver*
Craig Tolliver