**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **VirnetX Inc.,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **Mitel Networks Corporation et al.,** § <br> § <br> Defendants. § <br> § | **Civil Action No. 6:11-cv-00018-LED** <br><br> **JURY TRIAL DEMANDED** |

## ORDER

On this day came on to be considered Plaintiff VirnetX Inc.'s and Defendant Avaya Inc.'s Joint Motion to Amend the Agreed Docket Control Order, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Joint Motion to Amend the Agreed Docket Control Order be granted and that the Court's April 2, 2013 Order (Dkt. 421) is amended as follows:

| **Calendar Item** | **Current Date** | **Proposed Date** |
|---|---|---|
| Dispositive Motions and any other motions that may require a hearing (including Daubert motions and motions to strike) | July 19, 2013 | July 29, 2013 |
| Response to Dispositive Motions and any other motion that may require a hearing (including Daubert motions and motions to strike) | August 2, 2013 | August 9, 2013 |
| Reply to Dispositive Motions and any other motion that may require a hearing (including Daubert motions and motions to strike) | August 9, 2013 | August 16, 2013 |

2

**So ORDERED and SIGNED this 22nd day of July, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**