**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **VirnetX Inc.,** § | |
| § | |
| Plaintiff, § | |
| § | **Civil Action No. 6:11-cv-00018-LED** |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| **Mitel Networks Corporation et al.,** § | |
| § | |
| Defendants. § | |
| § | |

## ORDER

On this day came on to be considered Plaintiff VirnetX Inc.'s and Defendant Avaya Inc.'s Joint Motion to Amend the Agreed Docket Control Order, and the Court being of the opinion that the same should be GRANTED, it is therefore, ORDERED, ADJUDGED and DECREED that the Joint Motion to Amend the Agreed Docket Control Order be granted and that the Court's April 2, 2013 Order (Dkt. 421) is amended as follows:

| Calendar Item | Current Date | Proposed Date |
|---|---|---|
| Dispositive Motions and any other motions that may require a hearing (including Daubert motions and motions to strike) | July 29, 2013 | August 2, 2013 |
| Response to Dispositive Motions and any other motion that may require a hearing (including Daubert motions and motions to strike) | August 9, 2013 | August 14, 2013 |
| Reply to Dispositive Motions and any other motion that may require a hearing (including Daubert motions and motions to strike) | August 16, 2013 | August 21, 2013 |

**So ORDERED and SIGNED this 30th day of July, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**