## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| VirnetX Inc., § | |
| §  | |
| Plaintiff, § | |
| § | Civil Action No. 6:11-cv-00018-LED |
| v. § | |
| § | JURY TRIAL DEMANDED |
| Mitel Networks Corporation et al., § | |
| § | |
| Defendants. § | |
| § | |

## ORDER

On this day came on to be considered Plaintiff VirnetX Inc.'s and Defendant Avaya

Inc.'s Joint Motion to Amend the Agreed Docket Control Order, and the Court being of the

opinion that the same should be GRANTED, it is therefore, ORDERED, ADJUDGED and

DECREED that the Joint Motion to Amend the Agreed Docket Control Order be granted and

that the Court's April 2, 2013 Order (Dkt. 421) is amended as follows:

| Calendar Item | Current Date | Proposed Date |
|---|---|---|
| Dispositive Motions and any other motions that may require a hearing (including Daubert motions and motions to strike) | August 2, 2013 | August 6, 2013 |
| Response to Dispositive Motions and any other motion that may require a hearing (including Daubert motions and motions to strike) | August 14, 2013 | August 19, 2013 |
| Reply to Dispositive Motions and any other motion that may require a hearing (including Daubert motions and motions to strike) | August 21, 2013 | August 26, 2013 |

**So ORDERED and SIGNED this 5th day of August, 2013.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**